**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-7355**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COURTNEY HUGH WALKER, a/k/a Gary Walker,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., District Judge. (CR-94-18)

―――――――――

Submitted: November 21, 2002     Decided: December 3, 2002

―――――――――

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Courtney Hugh Walker, Appellant Pro Se. Benjamin H. White, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Courtney H. Walker appeals the district court's order denying his motion to amend his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Walker</u>, No. CR-94-18 (M.D.N.C. July 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>